**Order entered December 6, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00685-CR

### UBALDO ZAPUCHE-LANDAVERDE, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 380th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 380-82911-2014

## ORDER

We **REINSTATE** this appeal.

On November 8, 2016, we abated this appeal for a hearing on why the reporter's record had not been filed. By letter dated December 2, 2016, court reporter Sheri Vecera informed the Court she was the reporter who took the record. In addition, she requested until January 16, 2017 to complete the reporter's record. In the interest of expediting this appeal, we **VACATE** that portion of our order requiring a hearing and findings.

We **GRANT** court reporter Shei Vecera's request and **ORDER** the reporter's record due **no later than January 16, 2017**.

/s/     ADA BROWN
        JUSTICE